**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

METRO LIFE CHRUCH OF
GREATER ORLANDO, INC.,

    Plaintiff,

v.   Case No:   6:22-cv-705-RBD-LHP

MASSACHUSETTS BAY
INSURANCE COMPANY,

    Defendant.

**ORDER OF DISMISSAL**

This cause is before the Court upon the Notice of Settlement filed on February 1, 2023 (Doc. 25), indicating that this case has settled.   Accordingly, it is

**ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 2, 2023.

ROY B. DALTON JR.
United States District Judge